

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 JUL 24 PM 1:33

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CATHY TREI, | § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 2:15-CV-00071-J |
| AMTX HOTEL CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER

Plaintiff filed her *Complaint for Personal Injury* with this Court on March 2, 2015. A summons was issued on the same day. Rule 4 of the Federal Rules of Civil Procedure states that the "plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). Rule 4(m) gives the plaintiff 120 days from the date the complaint is filed to serve the summons and complaint on the defendant. More than 120 days has passed since Plaintiff filed her *Complaint*, and there is no evidence that the summons was ever served on Defendant AMTX Hotel Corporation. Plaintiff is ordered to immediately inform the Court as to the status of this case and to show good cause for her failure to serve the Defendant. If Plaintiff does not respond within fourteen (14) days, the Court will dismiss this action without prejudice pursuant to Fed. R. Civ. P 4(m).

IT IS SO ORDERED.

Signed this the 24th day of July, 2015.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

1