**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

CATHY TREI,

              Plaintiff,

v.

AMTX HOTEL CORPORATION,

              Defendant.

§
§
§
§
§
§
§
§
§
§

NO. 2:15-CV-00071-J

## ORDER

Plaintiff filed her *Complaint for Personal Injury* with this Court on March 2, 2015. A summons was issued on the same day. Rule 4 of the Federal Rules of Civil Procedure states that the "plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). Rule 4(m) gives the plaintiff 120 days from the date the complaint is filed to serve the summons and complaint on the defendant. More than 120 days has passed since Plaintiff filed her *Complaint*, and there is no evidence that the summons was ever served on Defendant AMTX Hotel Corporation.

The Court entered an Order on July 24, 2015, providing notice to Plaintiff of her failure to comply with the time limit for service under Rule 4(m), and requesting a response within fourteen (14) days. Plaintiff has not filed a response. Accordingly, Plaintiff's claims against Defendant are hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Signed this the _____ day of August, 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

1